In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-248 CR


____________________



CARL BATISTE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 05-10-08801-CR






 MEMORANDUM OPINION 


 Carl Batiste absconded during trial on an indictment for enhanced second degree
felony possession of a controlled substance. The jury assessed punishment at seventy-five
years of imprisonment and a $10,000 fine. The trial court entered a written judgment and
defense counsel filed a notice of appeal before withdrawing from the case. By letter filed
with the notice of appeal, appellant's counsel informed this Court that Batiste had been
convicted in absentia after leaving during a recess. We dismiss the appeal for lack of
jurisdiction. 


 The appellate timetables commence when the defendant is sentenced in open court. 
A notice of appeal filed after verdict but before sentencing is deemed filed on the same day,
but after, sentence is imposed. Tex. R. App. P. 27.1(b). In this case, however, the defendant
has absconded and has not returned to custody. Until he is sentenced in open court,
jurisdiction remains in the trial court. See Tex. R. App. P. 26.2(a), 27.1(b); see also
Thompson v. State, 108 S.W.3d 287, 290 (Tex. Crim. App. 2003). (1) The appeal is dismissed.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice

 

Opinion Delivered August 29, 2007

Do Not Publish

Before Gaultney, Kreger, & Horton, JJ.

1. The notice of appeal may be processed, in accordance with Rule 27.1(b), once 
sentencing triggers the appellate timetables.